UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

| | |
|---|---|
| **CAMDEN OFFICE** | **DATE OF PROCEEDINGS** |
| **JUDGE RENÉE MARIE BUMB** | September 25, 2018 |
| **COURT REPORTER: NONE** | |
| | **Docket #** 18-cv-574(RMB/KMW) |

**TITLE OF CASE:**

GENENTECH, INC., ET AL., VS. CELLTRION, INC., ET AL.,

**APPEARANCES:**

Keith J. Miller, Esquire, for plaintiffs
Christine Intromasso Gannon, Esquire for defendants

**NATURE OF PROCEEDINGS: TELEPHONE CONFERENCE**

Telephone Conference Held.

Time commenced: 2:45 p.m.          Time Adjourned: 2:55 p.m.

                                   Total 10 Minutes

                                   s/ *Arthur Roney*
                                   DEPUTY CLERK

**cc: Chambers**