| | |
|---|---|
| Keith J. Miller, Esq.<br>Michael J. Gesualdo, Esq.<br>ROBINSON MILLER LLC<br>One Newark Center, 19th Floor<br>Newark, NJ 07102<br>Telephone: (973) 690-5400<br>kmiller@rwmlegal.com<br>mgesualdo@rwmlegal.com<br><br>*Attorneys for Plaintiffs* | Liza M. Walsh<br>Christine I. Gannon<br>William T. Walsh, Jr.<br>WALSH     PIZZI     O'REILLY<br>FALANGA LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 600<br>Newark, NJ 07102<br>Telephone: (973) 757-1100<br>lwalsh@walsh.law<br>cgannon@walsh.law<br>wwalsh@walsh.law<br><br>*Attorneys for Defendants* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GENENTECH, INC., a Delaware corporation, BIOGEN, INC., a Delaware corporation, HOFFMANN-LA ROCHE INC., a New Jersey Corporation, and CITY OF HOPE, a California not-for-profit organization,<br><br>      Plaintiffs,<br><br>      v.<br><br>CELLTRION, INC., a Korean corporation, CELLTRION HEALTHCARE CO. LTD., a Korean corportion, TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, and TEVA PHARMACEUTICALS INTERNATIONAL GmbH, a Swiss corporation,<br><br>      Defendants. | Civil Action No. 18-00574 (RMB) (KMW)<br><br>AND related action,<br><br>Civil Action No. 18-11553 (RMB) (KMW)<br><br>Judge Renée Marie Bumb<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL** |

This stipulation is made by and between Plaintiffs Genentech, Inc., Biogen, Inc., and Hoffmann-La Roche Inc. (collectively, "Plaintiffs")[1] and Defendants Celltrion, Inc., Celltrion Healthcare Co. Ltd., Teva Pharmaceuticals USA, Inc., and Teva Pharmaceuticals International GmbH (collectively, "Defendants").

**WHEREAS**, Plaintiffs and Defendants have asserted various claims and counterclaims in the instant action; and

**WHEREAS**, Plaintiffs and Defendants have entered into a settlement agreement, and mutually agree to voluntarily dismiss all claims and counterclaims asserted in this action without prejudice;

**NOW THEREFORE, IT IS HEREBY JOINTLY STIPULATED** by Plaintiffs and Defendants that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims, counterclaims, and demands asserted in this case are hereby dismissed without prejudice;

2. Each party will bear its own attorneys' fees and costs with respect to this lawsuit.

For the avoidance of doubt, Plaintiffs and Defendants additionally stipulate to the termination of all terms, conditions, agreements, and obligations of the parties set forth in the August 29, 2018 stipulation so-ordered by this Court on September 7,

---

[1] Plaintiff City of Hope was dismissed as a party to this lawsuit by previous order of the Court. D.I. 174 in Case No. 18-00574, D.I. 4 in Case No. 18-11553.

2018. D.I. 126 in Case No. 18-00574.

| | |
|---|---|
| Dated: November 1, 2018<br><br>By: */s/ Keith J. Miller*<br>Keith J. Miller, Esq.<br>ROBINSON MILLER LLC<br>One Newark Center, 19th Floor<br>Newark, NJ 07102<br>Telephone: (973) 690-5400<br>kmiller@rwmlegal.com<br><br>David I. Gindler (pro hac vice)<br>Gary N. Frischling (pro hac vice)<br>Keith A. Orso (pro hac vice)<br>Ian R. Washburn (pro hac vice)<br>Josh B. Gordon (pro hac vice)<br>Yite John Lu (pro hac vice)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067-4276<br>*Attorneys for Plaintiffs* | By: */s/ Liza M. Walsh*<br>Liza M. Walsh<br>WALSH PIZZI O'REILLY FALANGA LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 600<br>Newark, NJ 07102<br>Telephone: (973) 757-1100<br>lwalsh@walsh.law<br><br>Elaine H. Blais (pro hac vice)<br>Daryl Wiesen (pro hac vice)<br>GOODWIN PROCTER LLP<br>100 Northern Ave.,<br>Boston, MA  02210<br><br>Michelle S. Rhyu (pro hac vice)<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br><br>Eamonn Gardner (pro hac vice)<br>COOLEY LLP<br>4401 Eastgate Mall<br>San Diego, CA  92121-1909<br>*Attorneys for Defendants* |